AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| MARIA DAVIS, ET AL<br><br>*Plaintiff(s)*<br>v.<br>LOUISIANA DEPT. OF PUBLIC SAFETY AND CORRECTIONS, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-20-BAJ-SDJ<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald Johnson, Assistant Warden
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, Louisiana 70776


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julien G. Lamothe
Lamothe Law Firm, LLC
400 Poydras Street
Suite 1760
New Orleans, Louisiana 70130


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

Date: February 14, 2024

*Elisa Clement*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-20

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Donald Johnson, Assistant Warden**
was received by me on *(date)* **02/21/24**.

☑ I personally served the summons on the individual at *(place)* **18427 old maplewood drive, Prairieville, LA 70769** on *(date)* **2/24 @ 6:40pm**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **N/A** for travel and $ **N/A** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/29/24**

*Server's signature*

**Cade Higgins / investigator**
*Printed name and title*

Bombet, Cashio & Associates, Inc.
8335 Kelwood Ave.
Baton Rouge, LA 70806
225-275-0796 www.bombet.com
*Server's address*

Additional information regarding attempted service, etc: