# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIA DAVIS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 23-20-BAJ-SDJ** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL** | |

## ORDER

A settlement conference was held on August 19, 2025.

After a period of negotiations, the parties were unable to reach a resolution at this time; however, the parties will continue negotiations themselves.

Signed in Baton Rouge, Louisiana, on August 19, 2025.

SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

C:cv33a; T: 01:50