UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIA DAVIS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 3:23-cv-00020-BAJ-SDJ** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL** | |

## JOINT NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Maria and Jeff Davis and Defendants Samantha Joubert, the Louisiana Department of Public Safety & Corrections, Christopher Garner, Assistant Warden Donald Johnson, Major Lorella Pierce, and Captain Shandrell Mims, who, pursuant to Local Rule 16(c), hereby give notice that all claims asserted by Plaintiff against Defendants in the above entitled and numbered cause have been settled and resolved..

Plaintiff and Defendants, pursuant to Local Rule 16(c), further request a conditional order of dismissal, allowing for the reinstatement of the matter if the settlement is not consummated within sixty (60) days.

**WHEREFORE**, Plaintiff Maria and Jeff Davis and Defendants Samantha Joubert, the Louisiana Department of Public Safety & Corrections, Christopher Garner, Assistant Warden Donald Johnson, Major Lorella Pierce, and Captain Shandrell Mims, pray that this Rule 16(c) Notice of settlement be deemed good and sufficient, and that the Court enter a sixty-day conditional order of dismissal.

*Signatures on Following Page*

Respectfully Submitted:

|  |  |
|---|---|
| | **LIZ MURRILL**<br>**ATTORNEY GENERAL** |
| /s/ *Julien G. Lamothe* | BY: _____ |
| FRANK E. LAMOTHE (#07945) | LEE J. LEDET (#33237) |
| JULIEN G. LAMOTHE (#38313) | Special Assistant Attorney General |
| LAMOTHE LAW FIRM, LLC | |
| 400 Poydras Street, Suite 1760 | LEDET LAW GROUP, LLC |
| New Orleans, LA 70130 | 4783 Johnson Street |
| Telephone: (504) 704-1414 | Post Office Drawer 610 |
| Email: jlamothe@lamothefirm.com | St. Francisville, Louisiana 70775 |
| *Attorney for Plaintiffs Maria Davis and Jeff Davis* | Telephone: (225) 635-3291 |
| | Fax: (225) 635-3292 |
| | lee@ledetlawgroup.com |
| | *Attorney for Samantha Joubert* |
| | |
| | **LIZ MURRILL**<br>**ATTORNEY GENERAL** |
| | BY: *s/ Matthew P. Roth* |
| | Matthew P. Roth (#35727) |
| | Assistant Attorney General |
| | **Louisiana Department of Justice** |
| | Litigation Division, Civil Rights Section |
| | 1885 North Third Street, 4th Floor |
| | Post Office Box 94005 (7804-9005) |
| | Baton Rouge, Louisiana 70802 |
| | Telephone: 225-326-6300 |
| | Facsimile: 225-326-6495 |
| | Email: Rothm@ag.louisiana.gov |
| | *Attorney for the La. Dept. of Public Safety and Corrs., Christopher Garner, A/W Donald Johnson, Maj. Lorella Pierce, and Capt. Shandrell Mims* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing reply memorandum was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the of the court's electronic filing system.

St. Francisville, Louisiana, this 27th day of August 2025

_____
Lee J. Ledet (33237)
Special Assistant Attorney General
*Attorney for Samantha Joubert*