# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA DAVIS | CIVIL ACTION |
| VERSUS | |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | NO. 23-00020-BAJ-SDJ |

## ORDER

Considering the parties' **Joint Notice Of Settlement (Doc. 73)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 28th day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA